**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>GARY HOLLOWAY<br>AND<br>YOLANDA HOLLOWAY<br><br>　　　　　Debtors | Chapter 13<br><br><br>Case No. 06-11094-RGM |

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Gerald M. O'Donnell, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

> **Violation of 11 U.S.C. 1307(c) –** Failure of the Debtor to provide the Office of the Chapter 13 Trustee the accounting and proceeds from the refinance approved by this Court by Order entered October 24, 2007.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Gary Holloway and Yolanda Holloway, Case #06-11094-RGM

***Attend the hearing to be held on January 9, 2008 at 9:30 a.m., in Courtroom #3 on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

>Gerald M. O'Donnell
>211 North Union Street, Ste. 240
>Alexandria, VA 22314

>Clerk of the Court
>United States Bankruptcy Court
>200 South Washington Street
>Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _December 3, 2007_____         __/s/ Gerald M. O'Donnell_____
                                                                                                       Gerald M. O'Donnell
                                                                                                               Chapter 13 Trustee
                                                                                                               211 N. Union Street, Ste. 240
                                                                                                               Alexandria, VA 22314
                                                                                                               (703) 836-2226
                                                                                                               VSB 7930

## CERTIFICATE OF SERVICE

I hereby certify that I have this 3rd day of December, 2007, mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Gary Holloway | Nathan Fisher, Esq. |
| Yolanda Holloway | Attorney for Debtor |
| Chapter 13 Debtors | 3977 Chain Bridge Rd., #2 |
| 15781 Edgewood Dr. | Fairfax, VA 22030 |
| Dumfries, VA 22026 | |

                                                                                             __/s/ Gerald M. O'Donnell_____
                                                                                              Gerald M. O'Donnell